UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:25-03607 KK (ADS)                    Date:  December 31, 2025

Title:  *Hector Jose Martinez Lopez v. Department of Homeland Security, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                                     None Present

**Proceedings:        (IN CHAMBERS) ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

Before the Court is a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") filed by Petitioner Hector Jose Martinez Lopez.  (Dkt. No. 1.) Good cause appearing, it is ORDERED that the Office of the Federal Public Defender be appointed to represent Petitioner in the above-captioned matter.  It is FURTHER ORDERED that as soon as possible but no later than January 30, 2026:

(1)  The Office of the Federal Public Defender shall obtain consent for representation from Petitioner and file a statement of representation;
(2)  Petitioner shall file an amended Petition stating all facts supporting each ground for habeas relief;
(3)  Petitioner shall file a Request to Proceed Without Prepayment of Filing Fees form (CV-60P) or pay the filing fee; and
(4)  To the extent injunctive relief is sought, Petitioner shall file a Motion for a Temporary Restraining Order.

**IT IS SO ORDERED.**

Initials of Clerk kh