UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR JOSE MARTINEZ LOPEZ, | Case No. EDCV 25-03607-KK-ADS |
| Petitioner, | |
| v. | JUDGMENT |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | |

Pursuant to the Order Granting the First Amended Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is granted and judgment is entered in favor of Petitioner.  (JS-6)

Dated: April 23, 2026

_____

HONORABLE KENLY KIYA KATO
United States District Judge